**380**

CITY OF WEBSTER GROVES,
Plaintiff/Respondent,

v.

Bruce A. KELLETT,
Defendant/Appellant.

No. 70714.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 21, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 17, 1997.

Bruce A. Kellett, Webster Groves, pro se.

Lisa S. Leary, Helmut Starr, Suelthaus & Walsh, P.C., Clayton, for Plaintiff/Respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment imposing a fine upon a violation of a municipal ordinance prohibiting the parking of more than one unregistered vehicle on residential property. We affirm. The findings and conclusions of the court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b). Plaintiff's motion to dismiss is denied as moot.